FILED
2017 Dec-28  AM 07:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **DEMETRIA SPEARS,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| V. | )  17-CV-02115-VEH |
| | ) |
| **TRIDENT ASSET MANAGEMENT,** | ) |
| | ) |
| **DEFENDANTS.** | ) |
| | ) |

## NOTICE OF APPEARANCE AND ACCEPTANCE OF RESPONSIBILITY UNDER LOCAL RULE 83.1(B)(2)

**PLEASE NOTE** the entry of appearance of John C. Hubbard as an additional counsel of record for Plaintiff Demetria Spears in the above-styled action and the acceptance of the duties and responsibilities by the undersigned as set out in Local Rule 83.1(b)(2).

/s/ John C. Hubbard
John C. Hubbard
Attorney for Plaintiff

**OF COUNSEL:**
John C. Hubbard, LLC
PO Box 953
Birmingham, Alabama 35203
205-378-8121
jch@jchubbardlaw.com