FILED
2018 Feb-23 PM 02:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **DEMETRIA SPEARS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | **1:17-CV-2115-VEH** |
| **TRIDENT ASSET** ) | |
| **MANAGEMENT,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER TO SHOW CAUSE

The court notes that Plaintiff has perfected service on the Defendant on January 31, 2018. No answer has been filed by the Defendant, nor has Plaintiff applied for entry of default by the Clerk of Court. Plaintiff is directed to **show cause in writing by Friday, March 9, 2018**, why this action should not be dismissed for failure to prosecute.

**DONE** and **ORDERED** this 23rd day of February, 2018.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge