FILED
2018 Sep-04  PM 01:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **DEMETRIA SPEARS,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> ) <br> **v.** ) <br> ) <br> **TRIDENT ASSET MANAGEMENT,** ) <br> ) <br> **Defendant.** ) <br> ) | **CIVIL ACTION NO.** <br> **1:17-CV-2115-ACA** |

## JOINT STATUS REPORT

COME NOW Plaintiff Demetria Spears ("Plaintiff") and Trident Asset Management, L.L.C. ("Trident"), incorrectly identified in the Complaint as Trident Asset Management, (collectively, the "parties"), and, pursuant to the Court's Scheduling Order, [Doc. 19], submits the following joint status report:

**A.     Nature of the case.**

Plaintiff's Position: Plaintiff claims that Trident is liable for violations of the Fair Debt Collection Practices Act ("FDCPA"). Specifically, Plaintiff claims Trident placed calls to Plaintiff's phone in an attempt to collect an alleged debt after Plaintiff orally requested not to be called. Plaintiff also alleges Trident threatened to take legal action against Plaintiff without actually intending to do so.

Defendant's Position: Trident contends that it complied with the FDCPA at all times when calling Plaintiff and did not harass Plaintiff or threaten to take legal

32280212 v1

action against Plaintiff that could not be taken.  Trident contends that Plaintiff never requested or otherwise indicated that she wanted Trident to stop calling. In fact, Trident attempted a total of five (5) calls to Plaintiff's telephone number, only spoke with Plaintiff one time and the recording of this call confirms that there were no threats or do not call requests.

**B.   Current Status.**

There are no motions currently pending before the Court. The parties are in the final stages of discovery. Trident has provided Plaintiff with its written discovery responses and Plaintiff's responses are due later this month.  Trident has also noticed Plaintiff's deposition on September 24, 2018.  The parties do not currently anticipate any problems in preparing the case for dispositive motions and trial.

**C.   Mediation.**

The parties have discussed settlement extensively but have not been able to reach an agreement.  The parties do not believe that a court conducted settlement conference or mediation would assist in facilitating a settlement in this case. The parties, therefore, object to submitting this case to mediation.

Respectfully submitted this 4th day of September, 2018.

Dated: September 4, 2018                                Dated: September 4, 2018

*/s/ Joseph C. Hoeffel*                                           */s/ R. Frank Springfield*
Joseph C. Hoeffel                                                  R. Frank Springfield (SPR024)

| | |
|---|---|
| Kimmel & Silverman, P.C. | Katherine E. West (WES047) |
| 30 East Butler Pike | Burr & Forman, LLP |
| Ambler, PA 19002 | 420 North 20th Street, Suite 3400 |
| jhoeffel@creditlaw.com | Birmingham, Alabama 35203 |
| *Attorney for Plaintiff* | Telephone: (205) 251-3000 |
| | Facsimile: (205) 458-5100 |
| | fspringf@burr.com |
| | kwest@burr.com |
| | *Attorneys for Defendant* |