# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **DEMETRIA SPEARS,** | ] |
| **Plaintiff,** | ] |
| v. | ]   1:17-cv-02115-ACA |
| **TRIDENT ASSET MANAGEMENT,** | ] |
| **Defendant.** | ] |

## ORDER

This case is set for a status conference on September 26, 2018 at 9:00 AM, sixth floor chambers of the undersigned, Hugo L. Black U.S. Courthouse in Birmingham, Alabama.

By notifying chambers <u>not less than two working days</u> before the scheduled conference, attorneys located outside the division or district may request to participate by telephone and the court will consider that request based on the particular circumstances of the case.

**DONE** and **ORDERED** this September 5, 2018.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE