# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **DEMETRIA SPEARS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.** |
| **v.** ) | **1:17-CV-2115-ACA** |
| ) | |
| **TRIDENT ASSET MANAGEMENT,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF SETTLEMENT

COMES NOW defendant Trident Asset Management, L.L.C. ("Trident"), by and through its undersigned counsel, and hereby notifies the Court that a tentative settlement agreement has been reached between the parties.  The parties are presently drafting, finalizing, and executing the settlement and dismissal documents.  The parties request forty-five (45) days to finalize the settlement documents and to file a stipulation of dismissal with the Court.

Respectfully submitted this 24th day of September, 2018,

>  */s/ R. Frank Springfield*
>  R. Frank Springfield (SPR024)
>  Katherine E. West (WES047)
>  Burr & Forman, LLP
>  420 North 20th Street, Suite 3400
>  Birmingham, Alabama 35203
>  Telephone: (205) 251-3000
>  Facsimile: (205) 458-5100
>  fspringf@burr.com
>  kwest@burr.com

32374090 v1

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax, or email on this the 24th day of September, 2018:

Joseph C. Hoeffel, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
jhoeffel@creditlaw.com

                                                */s/ R. Frank Springfield*
                                                OF COUNSEL