FILED
2018 Nov-21 PM 01:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **DEMETRIA SPEARS,** | }<br>} |
| **Plaintiff,** | }<br>} |
| v. | } Case No.: 1:17-cv-2115-ACA<br>} |
| **TRIDENT ASSET MANAGEMENT,** | }<br>}<br>} |
| **Defendant.** | |

## ORDER

In accordance with the Joint Stipulation of Dismissal (Doc. 27), filed November 21, 2018, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this November 21, 2018.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE